UNITED STATES of America,
Appellee,

v.

Derrick D. JONES, Appellant.

No. 06–1057.

United States Court of Appeals,
Eighth Circuit.

Submitted: Dec. 28, 2006.

Filed: Jan. 8, 2007.

Derrick D. Jones, White Deer, PA, pro se.

Paul S. Becker, Asst. U.S. Atty., Kansas City, MO (Bradley J. Schlozman, U.S. Atty., on the brief), for appellee.

Before SMITH, MAGILL, and BENTON, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Derrick Jones appeals the district court's[1] denial of his 18 U.S.C. § 3582(c)(2) sentence-reduction motion. Having carefully reviewed the record, we find that Jones is not entitled to a sentence reduction based on any subsequent lowering of the sentencing range by the Sentencing Commission. *See* 18 U.S.C. § 3582(c)(2).

Accordingly, we affirm, *see* 8th Cir. R. 47B, and we deny Jones's appellate motion.

---

1. The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.